## Ex Parte Carroll Lovell.

### No. 4300. Decided November 15, 1916.

Habeas Corpus—Bail.

Where defendant was charged with murder and resorted to the writ of habeas corpus for the purpose of obtaining bail, which was denied, and upon appeal to this court, bail is granted.

Appeal from the District Court of Shelby. Tried below before the Hon. W. C. Buford.

Appeal from a habeas corpus proceeding denying bail.

The opinion states the case.

*W. I. Davis* and *Beeman Strong,* for appellant.—Cited Clanton v. State, 20 Texas Crim. App., 615.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Relator having been charged with murder, resorted to a writ of habeas corpus for the purpose of obtaining bail. Upon a hearing under the writ the District Court remanded him without bond.

This is a companion case to that of cause No. 4301, Ex parte Hen-

derson Lovell, this day decided, the facts being substantially the same. Under the authority of that case the judgment herein is reversed, and the sheriff of Shelby County is ordered to take bail in the sum of $7500, conditioned as the law requires. Upon the execution of this bond the relator will be discharged from custody.

The judgment is reversed and bail granted in the sum of $7500.

*Bail granted.*